

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00884-CV

**IN THE INTEREST OF L.D.L., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02856
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship. Appellant's brief was originally due February 3, 2020; however, this court granted appellant's court-appointed appellate counsel, Joe K. Bohac, an extension of time until February 24, 2020, to file the brief. The brief has not been filed.

We **order** Joe K. Bohac to file appellant's brief by **March 5, 2020**. Counsel is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal and may order counsel to show cause why she should not be held in contempt for failing to comply with the court's orders.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court